UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

CASE NO.: 25-1907

RETURN OF SERVICE

Chynna McDowell

vs.

Boston Market Corporation

ss.

I, **Gerard C. Menichini**, a competent adult, being duly sworn according to law, depose and say that at **10:40am** on **06/30/2025**, I served **Boston Market Corporation c/o CT Corp** at **1209 Orange Street, Wilmington, DE 19801** in the manner described below:

- ☐ Defendant(s) personally served.
- ☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____.
- ☐ Adult in charge of Defendant(s) residence who refused to give name and/or relationship.
- ☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
- ☐ Agent or person in charge of Defendant's office or usual place of business.
- ☐ _____ an officer of said Defendant's company.
- ☑ Other: **By serving: Robin Hunt-Banks**

a true and correct copy of **Summons And Complaint** issued in the above captioned matter.

Description:
Sex: FEMALE - Age: 65-70 - Skin: BLACK - Hair: BLACK - Height: 5'4 - Weight: 140

X _____
Gerard C. Menichini - Cert/Appt#: None
Best Legal Services, Inc.
1617 John F. Kennedy Blvd. Suite 805
Philadelphia, PA  19103
(215) 567-7777
Atty File#:  - Our File# **127792**

Law Firm: **BELL &BELL**
Attorney: **Christopher A. Macey, Jr., Esq.**
Address: **1617 JOHN F. KENNEDY BLVD. SUITE 1245, PHILA, PA, 19103**
Telephone: **215.569.2500**

 **SOP Intake** Portal

**Date:** Mon, Jun 30, 2025

**Time:** 10:41 AM

**Name:** Wilmington Drop Serve

**Phone:** 800-592-9023

**Juris Served:** DE

**Job ID:** 665056

**Total Entries:** 1

Receipt of the following documents at the date, time and location indicated above.

| Entity Served | Agent Name | Case No. |
| --- | --- | --- |
| BOSTON MARKET CORPORATION | UNASSIGNED AGENT | 225CV01907TJS |

NOTE: This document serves solely as a record of the delivery of the listed documents at the specified date, time, and location and does not indicate or constitute CT's acceptance of service of any such documents. CT reserves the right to reject service of process as it deems necessary or appropriate.

Intake Specialist: Robin Huttbanks

CT Corporation, a Wolters Kluwer Company