# EXHIBIT A

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

CASE NO.: 25-1907

AFFIDAVIT OF DUE DILIGENCE

Chynna McDowell

vs.

Boston Market Corporation
_____/

Received by **Best Legal Services, Inc.** on **06/20/2025** at **3:29 PM** to be served upon:

Boston Market Corporation
121 Friends Lane, Suite 301
Newtown, PA 18940

ss.

I, **George Phillips**, depose and say that:

On **06/25/2025** at **2:10pm**, I discontinued attempting service of the within **Summons And Complaint** on **Boston Market Corporation** for the reason(s) listed in the comments below:

Comments/Prev. Attempts: 6/23/25 @ 1:15 pm Might be vacant, spoke to business owner of 201 who has not seen anyone there for a while. Also 301 is listed for Ronak Realty. Also called and left voicemail at the property management company Continental Management number. 6/25/25 @ 2:10 pm Continental Management phone number os 215-343-1500 spoke with Laura who is a Manager at Continental Management who stated that the above moved. 301 is currently occupied by Ronak Realty. And they are in the process of being evicted.

Sworn to and subscribed before me on this
27 day of June, 2025

NOTARY PUBLIC

Commonwealth of Pennsylvania - Notary Seal
GERARD C. MENICHINI, Notary Public
Philadelphia County
My Commission Expires July 21, 2026
Commission Number 1226028

X_____
George Phillips - Cert/Appt#: ----
Best Legal Services, Inc.
1617 John F. Kennedy Blvd. Suite 805
Philadelphia, PA  19103
(215) 567-7777
Atty File#:  -  Our File# **127730**

# EXHIBIT B

pennsylvania
DEPARTMENT OF STATE

Business    UCC    Trademark    CROP    Login

Home

Search

Initial Forms

Help

# Business Search

As of 07/22/2025 we have processed all business filings received in our office through 07/21/2025.

Business Search Info:

Boston market corporation  [🔍]

Advanced ⌄

Results: 1

| Filing Information | Initial Filing Date | Status | Entity Type | Formed In | Address |
|---|---|---|---|---|---|
| BOSTON MARKET CORPORATION (2910825) | 12/01/1999 | Active | Foreign Business Corporation | DELAWARE | 121 FRIENDS LANE, SUITE 301 NEWTOWN, PA 18940 |

## BOSTON MARKET CORPORATION (2910825)                                  ✕

File Annual Report          Request Certificate

| | |
|---|---|
| Initial Filing Date | 12/01/1999 |
| Status | Active |
| Formed In | DELAWARE |
| Filing Type | Foreign Business Corporation |
| ⚠ Annual Report Due Date | 06/30/2025 |
| Registered Office | 121 Friends Lane Suite 301 Newtown, PA 18940 County: Bucks |
| Officers | Treasurer JOSEPH DENNEN |
| | President GEORGE MICHEL |
| | Secretary JOHN MILLER |

View History          Request Access

ACCESSIBILITY    PRIVACY & DISCLAIMERS    Copyright © 2025 Common
TRANSLATION DISCLAIMER    SECURITY

# EXHIBIT C



Delaware.gov

Agencies   News   Topics   Contact



SERVICES   FORMS & FEES   INFORMATION   CONTACT

⚠ **Important Information Regarding Operations of the Division of Corporations.** More Info ➜

# Delaware Division of
# Corporations

# FAQs Regarding Registered Agents

Listen ▶

## What is a Registered Agent?

## Why do I need a Registered Agent?

It is required by the Delaware Law that every entity shall have and maintain in this state a registered office which may, but need not be, the same as its place of business and a Registered Agent.

## Who can be a Registered Agent?

## What are the requirements to be a Registered Agent?





| About | Pay Taxes/File Annual Report | Corporate Forms |
| Frequently Asked Questions | File a UCC | Corporate Fees |
| Contact Information | Check Name Availability | UCC Forms & Fees |
| Delaware Laws | Search for a Business Entity | Tax Information |
| Newsroom | Check Entity Status | Registered Agents |
| Agency Regulations | Validate a Certificate | FOIA Requests |

# EXHIBIT D

**Department of State: Division of Corporations**

[Allowable Characters](#)

**HOME**

## Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 3115097 | Incorporation Date / Formation Date: | **10/22/1999** (mm/dd/yyyy) |
| Entity Name: | **BOSTON MARKET CORPORATION** | | |
| Entity Kind: | **Corporation** | Entity Type: | **General** |
| Residency: | **Domestic** | State: | **DELAWARE** |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | **UNASSIGNED AGENT** | | |
| Address: | | | |
| City: | | County: | |
| State: | **NullValue** | Postal Code: | **95050** |
| Phone: | | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ◯ Status ◯ Status,Tax & History Information

[Submit]

[New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

# EXHIBIT E

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

CASE NO.: 25-1907

RETURN OF SERVICE

Chynna McDowell

vs.

Boston Market Corporation

ss.

I, **Gerard C. Menichini**, a competent adult, being duly sworn according to law, depose and say that at **10:40am** on **06/30/2025**, I served **Boston Market Corporation c/o CT Corp** at **1209 Orange Street, Wilmington, DE 19801** in the manner described below:

☐ Defendant(s) personally served.

☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____.

☐ Adult in charge of Defendant(s) residence who refused to give name and/or relationship.

☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).

☐ Agent or person in charge of Defendant's office or usual place of business.

☐ _____ an officer of said Defendant's company.

☑ Other: **By serving: Robin Hunt-Banks**

a true and correct copy of **Summons And Complaint** issued in the above captioned matter.

Description:
Sex: FEMALE - Age: 65-70 - Skin: BLACK - Hair: BLACK - Height: 5'4 - Weight: 140

X _____
Gerard C. Menichini - Cert/Appt#: None
Best Legal Services, Inc.
1617 John F. Kennedy Blvd. Suite 805
Philadelphia, PA  19103
(215) 567-7777
Atty File#:  - Our File# **127792**

Law Firm: **BELL &BELL**
Attorney: **Christopher A. Macey, Jr., Esq.**
Address: **1617 JOHN F. KENNEDY BLVD. SUITE 1245, PHILA, PA, 19103**
Telephone: **215.569.2500**



**SOP Intake** Portal

**Date:** Mon, Jun 30, 2025

**Time:** 10:41 AM

**Name:** Wilmington Drop Serve

**Phone:** 800-592-9023

**Juris Served:** DE

**Job ID:** 665056

**Total Entries:** 1

Receipt of the following documents at the date, time and location indicated above.

| Entity Served | Agent Name | Case No. |
| --- | --- | --- |
| BOSTON MARKET CORPORATION | UNASSIGNED AGENT | 225CV01907TJS |

NOTE: This document serves solely as a record of the delivery of the listed documents at the specified date, time, and location and does not indicate or constitute CT's acceptance of service of any such documents. CT reserves the right to reject service of process as it deems necessary or appropriate.

Intake Specialist: Robin Huttbanks

CT Corporation, a Wolters Kluwer Company