UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

CASE NO.: 25-1907

RETURN OF SERVICE

**Chynna McDowell**

vs.

**Boston Market Corporation**

    ss.

I, **George Phillips**, a competent adult, being duly sworn according to law, depose and say that at **1:17pm** on **08/08/2025**, I served **Boston Market Corporation** at **6350 Roosevelt Blvd, Phila, Pa 19149** in the manner described below:

☐ Defendant(s) personally served.

☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____.

☐ Adult in charge of Defendant(s) residence who refused to give name and/or relationship.

☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).

☑ **Agent or person in charge of Defendant's office or usual place of business.**

☐ _____ an officer of said Defendant's company.

☑ Other: **Bynhel Emile, Mgr.**

a true and correct copy of **Summons And Complaint** issued in the above captioned matter.

Description:
Sex: MALE – Age: 55-60 – Skin: BLACK – Hair: BLACK – Height: 5'8" – Weight: 210

X_____
George Phillips   Cert/Appt#: ----
Best Legal Services, Inc.
1617 John F. Kennedy Blvd. Suite 805
Philadelphia, PA  19103
(215) 567-7777
Atty File#:   - Our File# **128401**

Law Firm: **BELL &BELL**
Attorney: **Christopher A. Macey, Jr., Esq.**
Address: **1617 JOHN F. KENNEDY BLVD. SUITE 1245, PHILA, PA, 19103**
Telephone: **215.569.2500**