## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Plaintiff's Motion for Default Judgment against Defendant Boston Market Corporation was served upon Defendant Boston Market Corporation via first class mail on October 24, 2025 addressed as follows:

Boston Market Corporation
6350 Roosevelt Blvd.
Philadelphia, PA 19149

                                                      */s/ Christopher A. Macey, Jr.*
                                                     Christopher A. Macey, Jr.

Dated: October 24, 2025